[No. 15740–0–I.   Division One.   January 14, 1987.]

ALPINE INDUSTRIES, INC., *Appellant*, v. MYRON
C. GOHL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–06689–6, Daniel T. Kershner, J., entered November 15, 1984. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 16611–5–I.   Division One.   January 14, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
SHAWN BURGIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–8–00452–5, Francis E. Holman, J., entered May 28, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Pekelis, JJ.

[No. 15914–3–I.   Division One.   January 14, 1987.]

VANITA LAUR, ET AL, *Appellants*, v. DOROTHY
NEWMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–15716–0, Charles V. Johnson, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Grosse, JJ.

[No. 15424–9–I.   Division One.   January 14, 1987.]

LELAND L. LIEDTKE, ET AL, *Respondents*, v. JOHN
C. THORNBORROW, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–00568–6, Thomas E. Kelly, J. Pro Tem., entered September 7, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Webster and Pekelis, JJ.